

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00831-CV

**IN THE INTEREST OF M.M.M.** and L.M.M., Children

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA01206
Honorable John D. Gabriel Jr., Judge Presiding[1]

BEFORE JUSTICE BARNARD, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's termination order is AFFIRMED.

We order that no costs be assessed against appellant Father because he is indigent.

SIGNED May 30, 2018.

_____
Marialyn Barnard, Justice

---

[1] The Honorable Stephani Walsh is the presiding judge of the 45th Civil District Court, Bexar County, Texas. However, the termination order in this matter was signed by the Honorable John D. Gabriel Jr., retired, who was sitting by assignment.